# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR93** |
| **Plaintiff,** | ) | |
| **vs.** | ) | **ORDER** |
| **ARNOLD P. SCHOLL,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date to August 30, 2012 (Filing No. 74).

IT IS ORDERED that the Defendant's motion to extend his self-surrender date (Filing No. 74) is denied.

DATED this 1st day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge